UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MINNIE SPANGLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-556-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| EAST KENTUCKY POWER | ) | **JUDGMENT** |
| COOPERATIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant East Kentucky Power Cooperative, Inc. with respect to the claims asserted by Plaintiff Minnie Spangler in her First Amended Complaint.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 6, 2018.

Signed By: *Danny C. Reeves*
United States District Judge